**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     D. Patrick Smitherman v. Commission for Lawyer Discipline

Appellate case number:   01-13-00635-CV

Trial court case number:  2010-10256

Trial court:             129th District Court of Harris County

       It is ordered that Appellant's Motion for Rehearing is **denied**.


Judge's signature:  /s/ Rebeca Huddle
                       Acting for the Court

Panel consists of:  Justices Massengale, Brown, and Huddle


Date: March 31, 2015